UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RANDY ALEXANDER,

    Plaintiff,

v.                                                             Case No. 18-C-867

ALAN POTTS, et al.,

    Defendant.

## ORDER

Plaintiff Randy Alexander, who is currently incarcerated at Green Bay Correctional Institution, filed this *pro se* action under 42 U.S.C. § 1983, alleging that his civil rights were violated. Presently before the court are Alexander's motions for an extension of time to conduct discovery and to compel. For the following reasons, both motions will be denied.

Alexander contends that he should have one year to conduct discovery, rather than the six-month period entered in the scheduling order, because this is a federal case. The court will deny the motion for an extension of time because Alexander provides no specific reason why six months is an insufficient time period in which to complete discovery. Should Alexander explain that he has specific discovery requirements that require an extension, the court will consider the request at that time.

Alexander also filed a motion to compel, asserting that the defendants have refused to allow him to view video footage related to the incident. The court will deny the motion as premature because Alexander did not attempt to consult with the defendants to resolve the discovery dispute before seeking relief from the court. *See* Fed. R. Civ. P. 37(a)(1); Civil L.R. 37 (E.D. Wis.).

Alexander should attempt to consult with the assistant attorney general assigned to this case before filing a second motion to compel.

**IT IS THEREFORE ORDERED** that Alexander's motions for an extension of time and to compel (ECF No. 32) are **DENIED**.

Dated this  10th  day of December, 2018.

s/ William C. Griesbach  
William C. Griesbach, Chief Judge  
United States District Court