UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RANDY ALEXANDER,

    Plaintiff,

v.                                               Case No. 18-C-867

ALAN POTTS, et al.,

    Defendants.

**ORDER**

Plaintiff Randy Alexander, who is currently serving a state prison sentence at Green Bay Correctional Institution, filed this *pro se* action under 42 U.S.C. § 1983, alleging that his civil rights were violated. On January 17, 2019, Alexander filed a motion to compel, requesting that the court order the defendants to respond to his discovery requests. The court will deny the motion as premature. Alexander filed his motion one day after the discovery deadline, but the defendants' responses are not considered untimely at this point. When a party serves discovery responses by mail, three additional days are added to the deadline. *See* Fed. R. Civ. P. 6(d). If Alexander does not receive the defendants' responses to his discovery requests after this deadline has passed, he should attempt to consult with the assistant attorney general assigned to this case. *See* Fed. R. Civ. P. 37(a)(1) and Civil L.R. 37.

**IT IS THEREFORE ORDERED** that Alexander's motion to compel (ECF No. 37) is **DENIED as premature**.

Dated this __18th__ day of January, 2019.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court